Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :        1:06-md-1789 (JFK)
                                                :
-----------------------------------------------------x
*This Document Relates to:*                     :        **NOTICE OF APPEARANCE**
Barbara De Costa                                :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1: 08-cv-02336-JFK                     :
-----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated:  April 2, 2008
       New York, New York             Respectfully submitted,


By: _____/s/_____
     Paul F. Strain


     Venable LLP
     Two Hopkins Plaza
     1800 Mercantile Bank & Trust Bldg
     Baltimore, MD 21201
     (410)-244-7717
     Fax: (410)-244-7742
     Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 2, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                             /s/
                     Paul F. Strain

                     Venable LLP
                     Two Hopkins Plaza
                     1800 Mercantile Bank & Trust Bldg
                     Baltimore, MD 21201
                     (410)-244-7717
                     Fax: (410)-244-7742
                     Email: pfstrain@venable.com