Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE:                                                :
Fosamax Products Liability Litigation       :

------------------------------------------------------x

*This Document Relates to:*                  :          1:06-md-1789 (JFK)
Barbara De Costa                                 :
v. Merck & Co., Inc.                            :
                                                       :
Case No: 1: 08-cv-02336-JFK             :          **Rule 7.1 Statement**

------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that

it has no parent companies and are not aware of any beneficial owner of more than ten

percent of its Common Stock.

Dated: New York, New York
     April 2, 2008

                                  Respectfully submitted,

                                  HUGHES HUBBARD & REED LLP

                                  By:  /s/_____

                                      Norman C. Kleinberg
                                      Theodore V. H. Mayer
                                      William J. Beausoleil

                                  One Battery Park Plaza
                                  New York, New York 10004-1482
                                  (212) 837-6000
                                  beausole@hugheshubbard.com
                                  *Attorneys for Defendant Merck & Co., Inc.*